1  Gaurav Bobby Kalra (SBN 219483)
   bobby@gbkattorney.com
2  Gaurav Bobby Kalra, Attorney at Law
   177 East Colorado Boulevard, Suite 200
3  Pasadena, California 91105
   T: (213) 435-3469
4  F: (213) 559-8386

5  Attorney for Plaintiff
   CANDICE WILKINSON

6

7  MARIA R. HARRINGTON, Bar No. 201901
   mharrington@littler.com
   FREDA TJOARMAN, Bar No. 285995
8  ftjoarman@littler.com
   LITTLER MENDELSON, P.C.
9  18565 Jamboree Road, Suite 800
   Irvine, CA  92612
10 Telephone: 949.705.3000
   Facsimile:  949.724.1201

11
   Attorneys for Defendant
12 EMS LINQ, INC.

13

14

15                    UNITED STATES DISTRICT COURT

16                   CENTRAL DISTRICT OF CALIFORNIA

17 CANDICE WILKINSON,                    | Case No.  8:20-cv002306-FLA-DFMx

18              Plaintiff,                **JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

19 v.

20 EMS LINQ, INC., a foreign corporation, and DOES 1-10, inclusive,

21              Defendants.

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA  92612
949.705.3000

JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE

4851-8611-6842.1 / 110183-1001

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff CANDICE WILKINSON ("Plaintiff") and EMS LINQ, INC. ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear her or its own costs and attorneys' expenses.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: May 19, 2021

_____
Maria R. Harrington
Freda Tjoarman
LITTLER MENDELSON, P.C.

Attorneys for Defendant
EMS LINQ, INC.

Dated: May ___, 2021

5/20/2021

DocuSigned by:
Gaurav Bobby Kalra
59CC048B5A5A480...

_____
Gaurav Bobby Kalra
GAURAV BOBBY KALRA,
ATTORNEY AT LAW

Attorney for Plaintiff CANDICE WILKINSON

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

2
JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE
4851-8611-6842.1 / 110183-1001

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, FREDA TJOARMAN, hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 19, 2021

_____
FREDA TJOARMAN

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

3
JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE
4851-8611-6842.1 / 110183-1001